# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MARTIN<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ELTMAN, ELTMAN & COOPER, P.C. AKA ELTMAN, ELTMAN & COOPER AND ERIN CAPITAL MANAGEMENT, LLC<br><br>　　　　　　Defendants. | Case No.: 09-CV-2618 JM(RBB)<br><br>**ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>**HON. JEFFREY T. MILLER** |

//
//
//
//
//
//
//

HYDE & SWIGART
San Diego, California

Based upon the parties' Joint Motion For Leave For Plaintiff To File A First Amended Complaint, and good cause appearing, this Court hereby orders:

1. Leave for Plaintiff to file the First Amended Complaint is GRANTED. Plaintiff has ten (10) days from the date of this order to file his First Amended Complaint;

2. If either Defendant so chooses, they may file an amended answer within 10 days of this order, although an amended answer is not required;

3. Otherwise, Defendants' answers filed on December 14, 2009 shall be deemed responsive to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: January 22, 2010

HON. JEFFREY T. MILLER
U.S. DISTRICT JUDGE