# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MARTIN,<br><br>                                        Plaintiff,<br>vs.<br>ELTMAN, ELTMAN & COOPER PC; ERIN CAPITAL MANAGEMENT LLC,<br><br>                                        Defendant. | CASE NO. 09cv2618 JM(RBB)<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

In light of the filing of the First Amended Complaint on January 25, 2010, the court denies the pending motion to dismiss as moot. (Docket No. 7).

**IT IS SO ORDERED.**

DATED: February 5, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:          All parties

- 1 -                                                                                                         09cv2618